IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 06-043 |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| MELVIN ERIC GEORGE, | : | VIOLATION: |
| | : | |
| Defendant. | : | 18 U.S.C. § 2113(a) |
| | : | (Bank Robbery) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about December 8, 2005, within the District of Columbia, defendant **MELVIN ERIC GEORGE**, by intimidation, did take from the person or presence of another approximately $2,095 in money belonging to, and in the care, custody, control, management and possession of the CitiBank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Sections 2113(a)).

A TRUE BILL

FOREPERSON

*Kenneth L. Wainstein/ps*
Attorney of the United States in
and for the District of Columbia