UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :   Criminal Action No.: 06-0043 (RMU)
                                  :
MELVIN ERIC GEORGE,               :   **FILED**
                                  :
            Defendant(s).         :   MAR 7 – 2006
                                      NANCY MAYER WHITTINGTON, CLERK
                                      U.S. DISTRICT COURT

### CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this __7__ day of __March__ 2006,

**ORDERED** that the parties file all:

Pretrial Motions\Notices    on or before __March 21st 2006__ ;

Oppositions                 on or before __April 4 2006__ ; and

Replies                     on or before __April 11 2006__ ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on __March 30 2006__, at __10:15__ ; and

A motions hearing            on __Aug. 3, 2006__, at __2:15__ ;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.