UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Criminal No. 06-43 (RMU) |
| | : |
| **MELVIN GEORGE,** | : |
| | : |
| **Defendant.** | : |
| | : |

## ORDER

    Upon consideration of defendant's Motion to Suppress, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is

    **FURTHER ORDERED** that all evidence seized in connection with case shall be suppressed.

    **SO ORDERED**.


_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE


DATE:

Copies to:
AFPD Tony W. Miles
AUSA Frederick Yette