IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. : 06-43(RMU)** |
| | : | |
| v. | : | |
| | : | |
| **MELVIN GEORGE,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

GOVERNMENT'S MOTION TO COMPEL PRODUCTION
OF DNA AND HAIR SAMPLES

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for an Order granting the government's motion to compel the production of DNA and hair samples by the defendant in the above-referenced case. In support of its motion, the United States relies on the following points and authorities and such other points and authorities as may be cited at a hearing on this motion.

    The defendant has been charged by indictment with robbing a Citibank on December 8, 2005. Surveillance video taken during the robbery shows that the robber was wearing what appears to be a multi-colored kufi on his head during the robbery. On December 27, 2005, the defendant's sister turned over to the police a kufi that she said the defendant had in his possession on the date of the robbery, and which appears to be the same kufi the robber was wearing. At the time it was turned over, the kufi appeared to have at least one strand of hair entangled in it. That hair, and any other similar evidence, may be suitable for DNA and/or hair fiber comparison to see whether it can be linked to the defendant. Therefore, it is appropriate to obtain known samples of the defendant's hair and DNA. The government intends to collect the defendant's DNA by swabbing the inside of his

cheeks.

It is well settled that the Fifth Amendment privilege against self incrimination "does not preclude the use of one's body as evidence." United States v. Nesmith, 121 F. Supp. 758, 760 (D.D.C. 1954). Thus, for example, taking a defendant's fingerprints and using them as evidence for the purpose of identification is appropriate. Id. at 762 (citing United States v. Kelly, 55 F.2d 67 (2d Cir. 1932)). In this case, using the defendant's hair and DNA to help identify him as the bank robber would also be appropriate. See United States v. Opdahl, 610 F.2d 490, 491 (8th Cir. 1979), cert. denied, 100 S.Ct. 1056 (1980)(hair samples from ski mask used in a robbery compared with defendant's known hair samples). In other words, requiring a defendant to be fingerprinted, measured, viewed or to reveal other physical characteristics -- such as his hair type -- is not testimonial self incrimination. United States v. Holt, 218 U.S. 245, 252 (1910) (defendant required to put on blouse); see United States v. Wade, 388 U.S. 218 (1967) (uttering specific words during line-up); Gilbert v. California, 338 U.S. 263 (1967) (handwriting exemplars); United States v. Schmerber, 384 U.S. 757, 764(1966) (taking blood samples is permissible).

It is also settled that no Fourth Amendment privacy interest is violated when fingerprints, hair samples or similar physical characteristics are observed, taken or recorded. See United States v. O'Mara, 410 U.S. 19, 22 (1973) (handwriting exemplars permitted); United States v. Dionisio, 410 U.S. 1, 8 (1973) (voice exemplars permitted). Furthermore, the taking of fingerprints or hair and DNA samples is not a "critical stage" in a criminal proceeding, and therefore this procedure does not trigger the Sixth Amendment right to have counsel present. See Lewis, supra, 382 F.2d at 819. Nevertheless, the government does not oppose defense counsel's presence when the samples are taken.

WHEREFORE, the government requests that this Court order the defendant to provide hair and DNA samples.

                                        Respectfully submitted,

                                        KENNETH L. WAINSTEIN
                                        United States Attorney
                                        D.C. Bar Number 451058

By: _____
       Frederick Yette, DC Bar # 385391
       Assistant U.S. Attorney
       United States Attorney's Office
       Federal/Major Crimes Section
       555 4th Street, N.W.
       Washington, D.C.  20530
       (202) 353-1666
       Frederick.Yette@usdoj.gov