IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. : 06-43(RMU) |
| | : |
| **v.** | : |
| | : |
| **MELVIN GEORGE,** | : |
| | : |
| **Defendant.** | : |
| | : |

**ORDER**

Based upon the government's motion that the defendant provide hair and DNA samples, and for good cause shown, it is this ____ day of _____, 2006,

ORDERED, that the defendant provide hair and DNA samples to the government at a date and time agreed upon by the parties; and it is

FURTHER ORDERED, that on the agreed upon date, the defendant shall be brought to the U.S. Marshal's cellblock in the U.S. District Courthouse and the U.S. Marshal shall provide a location in the cellblock to permit the government to obtain the hair and DNA samples, in the presence of the defendant's attorney, Tony Miles, should he choose to be present.

_____
RICARDO M. URBINA
United States District Judge