IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. : 06-43(RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **MELVIN GEORGE,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S REQUEST FOR NOTICE OF AN ALIBI DEFENSE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the defendant, Melvin George, provide notice of an alibi defense, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure.

Rule 12.1(a)(2) provides that the defendant shall, within 10 days after receiving the government's request, give notice of his intention to proceed with an alibi defense, which notice shall disclose the specific place or places the defendant claims to have been at the time of the alleged offense and the names, addresses and telephone numbers of the witnesses upon whom the defendant intends to rely to establish his alibi.

As required by Rule 12.1(a)(1), and in support of this request for notice of an alibi defense,

the United States alleges that the bank robbery offense occurred on December 8, 2005, at approximately 1 p.m., at the Citibank, 1749-1/2 Columbia Road, N.W., Washington, D.C.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar Number 451058

By: _____
        Frederick Yette, DC Bar # 385391
        Assistant U.S. Attorney
        United States Attorney's Office
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 353-1666
        Frederick.Yette@usdoj.gov