UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

       v.  :  Criminal Action No.: 06-043 (RMU)

<u>Melvin Eric George</u>,  :
    Defendant(s).  :

**FILED**

**ORDER**

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this <u>30th</u> day of <u>March</u> 2005,

**ORDERED** that this case be set for:

A pretrial conference     on <u>Monday, August 7, 2006</u>, at <u>2:30 pm</u>;

Jury selection     on <u>August 11, 2006</u>, at <u>10:00 am</u>; and

Trial     on _____, at _____;

and it is <u>Pretrial submissions due August 3, 2006.</u>

**FURTHER ORDERED** that in preparation for the pretrial conference, counsel review the Joint Pretrial Statement exemplar described in the court's Standing Order issued in this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge