UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Cr. No. 06-43 (RMU) |
| | ) |
| **MELVIN GEORGE** | ) |
| | ) |

### ORDER

Upon consideration of defendant's Opposition to Government's Request For an Order Requiring Mr. George to produce DNA and hair samples, it is hereby

**ORDERED** that the Government's request to require Mr. George to provide the government with DNA and hair samples is **DENIED**.

**SO ORDERED**.

THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD Tony W. Miles
AUSA Frederick Yette