IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. : 06-43(RMU)** |
| : | |
| **v.** : | |
| : | |
| **MELVIN GEORGE,** : | |
| : | |
| **Defendant.** : | |
| : | |

REPLY TO DEFENDANT'S OPPOSITION TO GOVERNMENT'S
MOTION TO COMPEL PRODUCTION OF DNA AND HAIR SAMPLES

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the defendant's Opposition to Government's Motion to Compel Production of DNA and Hair Samples.

The government seeks to obtain DNA and hair samples from the defendant to compare with hair samples[1] that have been obtained from a striped cap, often referred to as a "kufi," that appears to be the same "kufi" the CitiBank robber can be seen wearing in surveillance video taken during the bank robbery. The defendant's sister delivered the kufi to the police after identifying the defendant as the bank robber shown in the surveillance video. She also identified the kufi seen in the video as the same one she was delivering to the police.

The sister's identification of the kufi as the same one used in the bank robbery is supported by Det. Anthony Johnson's sworn statement in his arrest warrant affidavit for the defendant, in which he states in Paragraph 9: "The knit cap that Ms. George delivered to the police is multi-colored and

---

[1] An analyst from the FBI's Trace Evidence Unit has reported that Caucasian and Negroid head hairs have been recovered from the kufi. The government seeks to determine if any of the Negroid head hairs match the defendant's hair or DNA.

has a striped pattern that is consistent with the stripes in the hat that the robber was wearing during the CitiBank robbery." If the hair obtained from the kufi matches the defendant's hair or DNA, that match will strengthen the evidence linking the defendant to the robbery because it will corroborate the sister's identification of the defendant as the robber seen wearing the kufi in the surveillance video. In other words, the one of the robber's identifying features, *i.e.*, the kufi, will be linked to the defendant.

The government should have the opportunity to link the defendant to the kufi – and therefore the bank robbery itself – by being allowed to obtain and analyze his physical characteristics, in this case his hair and DNA. The physical intrusion against the defendant's body in obtaining the necessary samples will be minimal, and is certainly supported by cases such as United States v. Schmerber, 384 U.S. 757, 764(1966) (taking blood samples is permissible), which permits far more intrusive procedures, for example, taking blood samples in appropriate circumstances.

WHEREFORE, the government requests that this Court order the defendant to provide hair and DNA samples.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451058

By: _____
Frederick Yette, DC Bar # 385391
Assistant U.S. Attorney
United States Attorney's Office
Federal/Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov