**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 06-0043 (RMU) |
| : | |
| MELVIN ERIC GEORGE, : | |
| : | |
| Defendant(s). : | |

### ORDER

It is this 26th day of June 2006,

**ORDERED** that the parties shall submit a joint pretrial statement that complies with the requirements set forth in the Standing Order on or before July 17, 2006.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge