Government _____

Plaintiff _____vs.    United States

Defendant _____X_____    Civil/Criminal No._06-043___

Joint _____    Melvin Eric George

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (Date & Time) |
|---|---|---|---|---|---|
| 1 | BOP "Release and Gratuity Information" report | | | | |
| 2 | Federal Transfer Center Memorandum | | | | |
| 3 | MPD "Wanted Bank Robbery" notice regarding 1749 ½ Columbia Road Citibank | | | | |
| 4 | Janene George's December 27, 2005 handwritten statement | | | | |
| 5 | handwritten notes regarding Tadelech Kelbero's failure to identify bank robber | | | | |
| 6 | FD-302 relating to 1749 ½ Columbia Road Citibank robbery which was transcribed on December 16, 2005 | | | | |
| 7 | FD-302 relating to 1749 ½ Columbia Road Citibank robbery which was transcribed on December 14, 2005 | | | | |
| 8 | FD-302 relating to interview of Mr. George which was transcribed on December 30, 2005 | | | | |
| 9 | PD-163 relating to Mr. George's arrest in connection with 1749 ½ Columbia Road Citibank robbery | | | | |

| 10 | 1/23/06 FBI report regarding latent fingerprints | | | | |
| 11 | 12/08/05 "Latent Print Lift Log" | | | | |
| 12 | 2/28/06 FBI laboratory report regarding latent print lifts from 1749 ½ Columbia Road Citibank | | | | |
| 13 | Karen M. Korsberg's December 29, 2005 memo regarding head hairs | | | | |
| 14 | Karen M. Korsberg's June 14, 2006 report regarding head hairs | | | | |
| 15 | 1/05/06 FBI memo regarding the comparison of "articles of personal-effects" | | | | |
| 16 | memo regarding 12/28/05 meeting between SA Pak, AUSA Fred Yette and Detective Anthony Johnson | | | | |
| 17 | "Wanted by FBI for Robbery" notice regarding 1250 U Street SunTrust bank | | | | |
| 18 | SA William Epkin's FD-302 relating to 1250 U Street SunTrust robbery which was transcribed on October 4, 2005 | | | | |
| 19 | FD-302 relating to 1250 U Street SunTrust robbery which was transcribed on October 3, 2005 | | | | |
| 20 | SA Angela McCravy's FD-302 relating to 1250 U Street SunTrust robbery which was transcribed on October 4, 2005 | | | | |
| 21 | FD-302 relating to 1250 U Street SunTrust robbery which was transcribed on September 30, 2005 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 22 | "Wanted by FBI Bank Robbery" notice regarding 1779 Columbia Road PNC bank | | | | |
| 23 | FD-302 relating to 1779 Columbia Road PNC bank robbery which was transcribed on October 20, 2005 | | | | |
| 24 | FD-302 relating to 1779 Columbia Road PNC bank robbery which was transcribed on October 9, 2005 | | | | |
| 25 | FD-302 relating to 1779 Columbia Road PNC bank robbery which was transcribed on October 13, 2005 | | | | |
| 26 | 2/22/06 FBI laboratory report regarding latent print lifts from 1779 Columbia Road PNC bank | | | | |
| 27 | bank photo of alleged robber at 1275 K Street SunTrust bank | | | | |
| 28 | 11/30/05 FBI memo regarding 1275 K Street SunTrust bank robbery | | | | |
| 29 | "Wanted by FBI Bank Robbery" notice regarding 1425 K Street Eagle Bank | | | | |
| 30 | FD-302 relating to 1425 K Street Eagle Bank robbery which was transcribed on January 10, 2006 | | | | |
| 31 | FD-302 relating to 1425 K Street Eagle Bank robbery which was transcribed on January 6, 2006 | | | | |
| 32 | 2/17/06 FBI laboratory report regarding latent print lifts from 1425 K Street Eagle Bank | | | | |
| 33 | Michael Harris's "Arrestee Datasheet" | | | | |
| 34 | affidavit in support of arrest warrant for Melvin George | | | | |

| 35 | MPD "Incident-Based Event Report" regarding Melvin George's simple assault charge | | | | |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |