UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-43 (RMU)** |
| | : | |
| v. | : | |
| | : | |
| **MELVIN GEORGE,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Reagan Taylor at telephone number (202) 514-7722 and/or email address Reagan.Taylor@usdoj.gov.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

Reagan Taylor, #024-743
Assistant United States Attorney
555 4th Street, NW, Room 1106
Washington, DC 20530
(202) 514-7722