UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal Number 06-043 (RMU)** |
| | ) | |
| **MELVIN ERIC GEORGE** | ) | |
| | ) | |

**DEFENDANT MELVIN GEORGE'S THIRD MOTION IN LIMINE**

    Melvin George, through counsel, respectfully submits the following third motion in limine regarding issues related to his trial. In this motion, Mr. George seeks permission to offer testimony through Christalia George regarding Christalia George's opinion about Janene George's character for truthfulness. Mr. George also seeks to have Christalia George testify about Janene George's reputation in the community for untruthfulness. Mr. George only seeks to have Christalia George state her opinion regarding Janene George's character and to state what Janene George's reputation is with regard to truthfulness. Mr. George does not intend to ask Christalia George to provide any examples or any detailed information to support her conclusions. The defense believes that Christalia George is qualified to provide such testimony considering that she and Janene George are sisters. Christalia George has known Janene George for her entire life and Christalia George has been a part of the same community as Janene George for most of their lives. Further, Christalia George has spent a considerable amount of time with Janene George and Christalia George is very familiar with Janene George.

    Mr. George submits that his constitutional right to present a defense and his right to confront the witnesses against him permit to introduce the opinion and reputation evidence described above. Also, Mr. George relies on Rule 608(a) of the Federal Rules of Evidence as authority for the

introduction of opinion and reputation evidence regarding a witnesses character.  Mr. George also relies on <u>United States v. Tedder</u>, 403 F.3d 836 (7th Cir. 2005).

                                              Respectfully submitted,

                                              A.J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

                                              _____/s/_____
                                              Tony W. Miles
                                              Assistant Federal Public Defender
                                              625 Indiana Avenue, N.W., Suite 550
                                              Washington, D.C.  20004
                                              (202)  208-7500