UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

Melvin Eric George

CRIMINAL NO. 06-0043 (RMU)

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

Question #1

Was Mr. George's photo included in the photos viewed by the teller?

CR 06-0043
US v Melvin Eric George

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.

Melvin Eric George

FILED

AUG 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRIMINAL NO. 06-0043 (RMU)

**QUESTION(S) FROM JURY TO WITNESS OR THE COURT**

Question

CR 06-0043

US v Melvin Eric George

...ut the amount counted by your brother ...n less than ~~$2000~~ $2200 or $2400.

She said that she had the hat for 2 years then she said a couple of months which is correct?

Is the coat in evidence the same coat that she gave the defendant? And what condition was it in? ie: stains

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

VS.

**Melvin Eric George**

CRIMINAL NO. 06-0043 (RMU)

FILED
AUG 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## QUESTION(S) FROM JURY TO WITNESS

Question 3

CR 06-0043 US v Melvin Eric George

- Was name provided before 12-14-05
- ~~or~~ or on 12-14-05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

4

FILED

AUG 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

Melvin Eric George

CRIMINAL NO. 06-0043 (RMU)

## QUESTION(S) FROM JURY TO WITNESS AND/OR COURT

question 4

From his investigation, Does he know what denominations were missing from bank?

CR 06-0043
US v Melvin Eric George

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED 5

AUG 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

CRIMINAL NO. 06-0043 (RMU)

Melvin Eric George

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

Did (you) Detective Johnson interview other people in the bank besides the teller Cabero??

Such as other customers

What was Ms. J. George's demeanor when reporting the incident or when she turned in items thought to be connected to the robbery? Was she crying or scared or seemed to be on any drugs at the time.

Did Ms George mention to you Detective the amount of money that was counted in her home how much did she tell you it was?

Is it normal procedure to not make a report when someone says they have knowledge of it taking place....?

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

CRIMINAL NO. 06-0043 (RMU)

Melvin Eric George

QU_ _ _ _ _ _ _ JURY TO WITNESS OR THE COURT

Please confirm that prior to Mr. George's Dec. 14th visit, the police were interested in Mr. George?

If so, why?

CR06-0043
US v Melvin Eric George

Question 5