IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : 06-43(RMU) |
| v. | : | |
| MELVIN GEORGE, | : | **FILED** |
| Defendant. | : | AUG 1 7 2006 |
| | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## VERDICT FORM

### COUNT ONE

On the charge of Bank Robbery, we the Jury find the defendant:

__X__ Guilty          _____ Not Guilty


_____
Foreperson

Date: __8-17-06__