IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : 06-043 (RMU) |
| | : | |
| v. | : | |
| | : | |
| MELVIN GEORGE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this memorandum to aid the Court in its sentencing decision. For the reasons explained below, the government urges the Court to impose a sentence that falls within the Sentencing Guideline range of 92 to 115 months, as calculated in the Presentence Report (paragraph 90, p. 16). The government's reasoning for this request is explained below.

In 2003, defendant Melvin George worked as a long-distance truck driver, hauling shipments around the country for Western Express, a trucking company in Nashville, Tennessee. In September, 2003, George participated in a scheme to steal approximately $390,000 worth of computer equipment from a load that he was transporting for Western Express. He was prosecuted for this crime and pleaded guilty to Theft from Interstate Shipment. The defendant was sentenced to serve 24 months incarceration, and was finally released from prison on December 6, 2005. Just two days after being released from prison, Melvin George was back in the District of Columbia – robbing a bank.

On December 8, 2005, George entered a branch of the Citibank, located at 1749-1/2 Columbia Road, NW, Washington, D.C., at approximately 1 p.m. He handed the teller a note that

said: "$10,000 or everyone will be shot." Although no weapon was visible, the teller handed George $2,095 and he left the bank.

George went to his sister's apartment in Southeast Washington, D.C., and she saw him counting the money. The sister was angry and alarmed that the defendant had returned to her apartment after robbing the bank. Over the next several weeks, George's sister was instrumental in providing the police with information -- including identifying her brother as the robber in the bank's surveillance video -- and physical evidence linking George to the robbery -- including a multi-colored "kufi," a type of hat that he wore during the robbery, and which was visible in the bank surveillance video.

The defendant's work history and criminal history, as reported in the Presentence Report, indicate the he is deserving of significant punishment in this case. The defendant apparently preferred a life of crime to a respectable and financially stable career as a commercial truck driver. He apparently lost several jobs because he engaged in improper, and perhaps criminal behavior, at the job, or because he simply did not go to work. Moreover, the defendant has engaged in criminal behavior since he was 18 years of age. Despite having obtained a commercial drivers license and a number of potentially steady jobs as a truck driver, he continued to commit crimes over the years.

It is clear, therefore, that Melvin George is deserving of a sentence of at least 92 months. As indicated above, George had barely been released from prison before he was committing another serious felony offense. A man who would rob a bank before even attempting to find legitimate work to support himself is not deserving of leniency. Melvin George is a danger to the community who apparently did not learn from his 24 month sentence that crime does not pay. Perhaps he will begin to understand that lesson during a much longer prison sentence.

WHEREFORE, the government urges the Court to impose a sentence within the Presentence Guideline range, of at least 92 months.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney
                D.C. Bar No.498 610

By: _____
                FREDERICK W. YETTE
                Assistant United States Attorney
                D.C. Bar No. 385 391
                Federal Major Crimes Section
                555 4th Street, N.W.
                Washington, D.C.  20530
                (202) 353-1666
                Frederick.Yette@usdoj.gov