IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | **Criminal No. 06-043 (RMU)** |
| **MELVIN GEORGE** | : | |

**DEFENDANT GEORGE'S MOTION FOR LEAVE TO
LATE-FILE SENTENCING MEMORANDUM**

    Defendant Melvin George, through undersigned counsel, respectfully requests that the Court grant leave to late-file Mr. George's Memorandum in Aid of Sentencing in the above-captioned case. Mr. George is requesting permission to late-file his sentencing memorandum because Mr. George's counsel only recently received the final version of the Presentence Report related to the instant case. Receipt of the final version of the Presentence Report was significant in assisting Mr. George's counsel in identifying which issues to raise with the court through a sentencing memorandum. Mr. George's counsel received the final Presentence Report in the evening on November 7, 2006 and he is now requesting permission to file a sentencing memorandum on behalf of Mr. George on November 9, 2006.

    For the foregoing reasons, Mr. George respectfully requests that the Court grant his counsel permission to file Mr. George's Memorandum in Aid of Sentencing on November 9, 2006.

                                                Respectfully submitted,

                                                A.J. KRAMER
                                                FEDERAL PUBLIC DEFENDER

                                                /s/
                                                _____
                                                Tony W. Miles
                                                Assistant Federal Public Defender
                                                625 Indiana Avenue, N.W.
                                                Suite 550
                                                Washington, D.C. 20004
                                                (202) 208-7500