IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | **Criminal No. 06-043 (RMU)** |
| **MELVIN GEORGE** | : | |

**ORDER**

Upon consideration of Defendant Melvin George's Motion for Leave to Late-File Sentencing Memorandum, and the entire record in this matter, it is this _____ day of November, 2006, hereby

ORDERED that defendant George's Motion is hereby granted; and it is further

ORDERED that defendant George shall be permitted, through counsel, to his Memorandum in Aid of Sentencing on November 9, 2006.

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies to:

AFPD Tony Miles
AUSA Frederick Yette