IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Criminal No. 06-043 (RMU) |
| MELVIN GEORGE | : | |

### ORDER

Upon consideration of Defendant Melvin George's Motion for Leave to Late-File Sentencing Memorandum, and the entire record in this matter, it is this __9th__ day of November, 2006, hereby

ORDERED that defendant George's Motion is hereby granted; and it is further

ORDERED that defendant George shall be permitted, through counsel, to his Memorandum in Aid of Sentencing on November 9, 2006.

THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies to:

AFPD Tony Miles
AUSA Frederick Yette