UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : Criminal Case No. 06-00043 (RMU) |
| | : |
| MELVIN ERIC GEORGE | |

## NOTICE OF APPEAL

**Name and address of appellant:**             Melvin Eric George

**Name and address of appellant's attorney:**             Tony W. Miles
625 Indiana Ave., NW., Suite 550
Washington, DC 20004

**Offense:**    18: 2113 (a) Bank Robbery by Force or Violence

**Concise statement of judgment or order, giving date, and any sentence:** 92 months incarceration followed by 3 years Supervised Release with conditions.

**Name of institution where now confined, if not on bail:** DC Jail

I, the above-named appellant, hereby appeal to the United States Court of Appeals
for the District of Columbia from the above-stated judgment.

| | |
|---|---|
| _11/22/06_ | _Melvin Eric George_ |
| DATE | APPELLANT |

CJA, NO FEE _____X_____                                      /s/
PAID USDC FEE _____           Tony W. Miles   ATTORNEY FOR APPELLANT
PAID USCA FEE _____
Does counsel wish to appear on appeal? Yes/No
Has counsel ordered transcripts? Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No